FILED BY ___ D.C.

05 OCT 17 PM 3:27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PATRICIA M. AHNEMAN, JR.,

Plaintiff,

VS. NO. 04-3007-MaP

FEDERAL EXPRESS CORP.,

Defendant.

ORDER AMENDING SCHEDULE

Pursuant to the September 6, 2005, joint motion to amend the schedule in this matter, the court held a status conference on September 26, 2005. Attending on behalf of the plaintiff was Stephen Biller. Participating by telephone on behalf of the defendant was Jerrald Shivers. For good cause shown, the court grants the motion and amends the schedule as follows:

1. Plaintiff will produce medical records to defendant by September 30, 2005.
2. The deadline for expert disclosures is October 31, 2005.
3. The deadline for completing discovery, including expert depositions, is November 30, 2005.
4. The deadline for filing potentially dispositive motions is December 31, 2005.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-20-05

19

5. The deadline for completing mediation is December 31, 2005.

6. The parties shall submit a proposed joint pretrial order by 5:00 p.m. on March 31, 2006.

7. A pretrial conference will be held on Friday, April 7, 2006, at 9:00 a.m.

8. The jury trial is **reset** to Monday, April 24, 2006, at 9:30 a.m. and is expected to take 3 days.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 17th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-03007 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Jerrald L. Shivers
LEWIS FISHER HENDERSON CLAXTON & MULROY, LLP
P.O. Box 22654
Jackson, MS 39225--265

Paul David Jones
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Honorable Samuel Mays
US DISTRICT COURT