IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _eg_ D.C.

05 NOV 23 AM 8:07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

PATRICIA M. AHNEMAN, JR.,

    Plaintiff,

VS.                                    NO. 04-3007-MaP

FEDERAL EXPRESS CORP.,

    Defendant.

---

ORDER EXTENDING MEDIATION DEADLINE

---

Pursuant to the joint request of the parties, the deadline for completing mediation is extended to January 13, 2006.

It is so ORDERED this **22d** day of November, 2005.

_/s/ Samuel H. Mays, Jr._

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __11-29-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:04-CV-03007 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Jerrald L. Shivers
LEWIS FISHER HENDERSON CLAXTON & MULROY, LLP
P.O. Box 22654
Jackson, MS 39225--265

Paul David Jones
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Honorable Samuel Mays
US DISTRICT COURT